**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Charles G. CANADY, Defendant–Appellant.**

**No. 15–7412.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 21, 2016.

Charles G. Canady, Appellant Pro Se. Edward D. Gray, Ethan A. Ontjes, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles G. Canady appeals the district court's denial of relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Canady*, No. 7:02–cr–00127–F–2 (E.D.N.C. Sept. 3, 2015). We deny Canady's motion to appoint counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*